IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ALVAREZ,

        Plaintiff,                No. CIV S-07-2596 LKK EFB P

   vs.

K. DUTRA, et al.,

        Defendants.      <u>ORDER</u>

_____/

      Plaintiff, a state prisoner without counsel, has filed a civil rights action. *See* 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

      Plaintiff alleges a violation of his civil rights in Fresno County, California. Fresno County is in the Fresno portion of this court and the action should have been commenced there. *See* Local Rule 3-120(b). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

      Accordingly, it is hereby orderd that:

1. This action is transferred to the district court sitting in Fresno.

2. The Clerk of Court shall assign a new case number.

/////

/////

1

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: December 18, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE